Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 11−10169−pmc**

**In re:**

| | |
|---|---|
| Kim M Davison | James W Davison |
| 30113 Forestgrove Road | 30113 Forestgrove Road |
| Willowick, Oh 44095 | Willowick, Oh 44095 |

**Social Security No.:**
xxx−xx−5879    xxx−xx−6052

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Waldemar J Wojcik is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** May 3, 2011                    /s/ Pat E. Morgenstern−Clarren
Form ohnb136                              United States Bankruptcy Judge